United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE LINDA VAN ZUTPHEN,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-02429-SI

**JUDGMENT**

This action has been remanded to the Commissioner of Social Security for further proceedings. *See* Docket No. 20. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: September 26, 2016

_____
SUSAN ILLSTON
United States District Judge