UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE LINDA VAN ZUTPHEN,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-02429-SI

**ORDER AMENDING DOCKET NO. 20**

The Court amends the September 26, 2016 Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment as follows. The last two sentences before the Conclusion at page 17, lines 11-14, are stricken and replaced with: Plaintiff therefore has "until 30 days after [the] judgment becomes 'not appealable'—*i.e.*, 30 days after the time for appeal has ended" in which to file a claim for fees under the Equal Access to Justice Act. *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993) (citing 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G); *Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991)).

**IT IS SO ORDERED**.

Dated: September 27, 2016

                                                 _____
                                                 SUSAN ILLSTON
                                                 United States District Judge