UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LINDA VAN ZUTPHEN,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 22-cv-04192-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Van Zutphen v. Colvin,* 15-cv-02429-SI, and/or *Van Zutphen v. Berryhill,* 18-cv-00057-SI.

**IT IS SO ORDERED.**

Dated: August 15, 2023

THOMAS S. HIXSON
United States Magistrate Judge